Kathleen C. Schneider, CA Bar 174058
Yasmin Macariola, CA Bar 271544
National Labor Relations Board, Region 20
901 Market St., Suite 400
San Francisco, CA 94103-1735
Telephone Number: (628) 221-8860
Fax Number: (415) 356-5156
Email: yasmin.macariola@nlrb.gov
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>Joseppi's LLC D/B/A Arcata Theatre Lounge,<br><br>Respondent. | Case No. 1:22-mc-80147-RMI<br><br>[PROPOSED] ORDER TO SHOW CAUSE |

The National Labor Relations Board (the Board) by its General Counsel, and by Kathleen C. Schneider, Regional Attorney for Region 20 of the Board, having filed its Application for an order requiring Joseppi's, LLC d/b/a Arcata Theatre Lounge (Respondent) to obey and comply with the subpoenas duly and properly served on Respondent as set forth in said application, and good cause appearing therefore,

IT IS ORDERED that Respondent's Custodian of Records appear before this Court at the United States Court House, 3140 Boeing Ave, McKinleyville, CA 95519, on the **8th** day of **July**, **2022**, at **10:00 a.m. The Parties may appear by phone by dialing 888-684-8852 / Access Code 1868782**, and then and there show cause, if any there be, why an order of this Court should not issue directing Respondent to appear before Board Field Examiner Lana Pfeifer, or another Board Agent

1  designated by the Regional Director of Region 20 of the Board, at such time and place as said
2  Regional Director may designate, and then and there produce the requested documents and
3  give sworn testimony and answer any and all questions relevant and material to the matter
4  under investigation and in question in the proceeding now pending before the Board in
5  Board Case 20-CA-292430, as required by Subpoena Duces Tecum Nos. B-1-1FXYE8L and
6  B-1-1FXZO53 issued by the Board to Respondent on May 12, 2022, pursuant to Section 10
7  of the National Labor Relations Act, as amended [29 U.S.C. Sec. 151, et seq.];
8      IT IS FURTHER ORDERED that Respondent's Owner Timothy Overturf appear
9  before this Court at the United States Court House, 3140 Boeing Ave, McKinleyville, CA
10 95519, on the **8th** day of **July, 2022**, at **10:00 a.m**. **The Parties may appear by phone by**
11 **dialing 888-684-8852 / Access Code 1868782**, and then and there show cause, if any there
12 be, why an order of this Court should not issue directing Respondent's Timothy Overturf to
13 appear before Board Field Examiner Lana Pfeifer, or another Board Agent designated by the
14 Regional Director of Region 20 of the Board, at such time and place as said Regional
15 Director may designate, and give sworn testimony and answer any and all questions relevant
16 and material to the matter under investigation and in question in the proceeding now pending
17 before the Board in Board Case 20-CA-292430, as required in Subpoena Ad Testificandum
18 Nos. A-1-1FXZP8T and A-1-1FXZRZ5 issued by the Board to Respondent's Owner
19 Timothy Overturf on May 12, 2022, pursuant to Section 10 of the National Labor Relations
20 Act, as amended [29 U.S.C. Sec. 151, et seq.];
21     IT IS FURTHER ORDERED that service of copies of this Order to Show Cause, the
22 Application upon which it is issued, the Applicant's Memorandum in Support of this
23 Application For Order Requiring Obedience to Subpoenas Ad Testificandum and Subpoenas

Duces Tecum, the proposed Findings of Fact and Conclusions of Law lodged with the Court, and the proposed Order Requiring Obedience to Subpoenas Ad Testificandum and Subpoenas Duces Tecum lodged with the Court be made without delay upon Respondent, in any manner provided in the Federal Rules of Civil Procedure and that proof of such service be filed herein.

Dated this  1st  day of    July    , 2022.

_____
ROBERT M. ILLMAN
UNITED STATES MAGISTRATE JUDGE